IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

WATCHFUL EYE CARE SERVICES
OF STARKVILLE, L.L.C. AND
TAWANNA MARTIN                                              PLAINTIFFS

VS.                                    CIVIL ACTION NO. 1:13-cv-3-SA-DAS

LIBERTY MUTUAL INSURANCE COMPANY,
LM INSURANCE CORPORATION,
& JOHN DOES A, B, C, D, E, F, G, & H                         DEFENDANTS

## FINAL JUDGMENT OF DISMISSAL WITHOUT PREJUDICE

This matter is before the Court on the agreement of the parties to dismiss all claims herein without prejudice. The Court, being fully advised, is in agreement herewith.

IT IS THEREFORE ORDERED AND ADJUDGED that all claims presented in this action are dismissed without prejudice, with each party to bear their own costs, expenses and attorney's fees.

SO ORDERED this the 22nd day of May, 2014.


 **/s/ Sharion Aycock**
**U.S. DISTRICT JUDGE**